(35 South. 981.)

No. 14,909.

LATTIER v. BOSSIER LEVEE BOARD.*

(Feb. 1, 1904.)

Appeal from Second Judicial District Court, Parish of Bossier; John Thomas Watkins, Judge.

Action by Adolph Lattier against the Bossier Levee Board. Judgment for defendant and plaintiff appeals. Affirmed.

William Pike Hall, for appellant. Andrew Jackson Murff and Thomas Fletcher Bell, for appellee.

PROVOSTY, J. The present case involves precisely the same issues, and has been tried on the same evidence, as the case of Mrs. Nannie Hall against the same defendant (this day decided) ante, p. 913, 35 South. 976. For the reasons assigned in that case, the judgment appealed from is affirmed, at the cost of the appellant.

LAND, J., takes no part.